**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
NICOLE N. BARTLETT,           :
                              :
     Petitioner,              :
                              :
v.                            :    Civil No. 3:05CV01979(AWT)
                              :
BILL WILLINGHAM,              :
WARDEN, Federal Correction    :
Institution - Camp, Danbury,  :
Connecticut,                  :
                              :
     Respondent.              :
                              :
------------------------------x
```

**ORDER GRANTING PETITIONER'S**
**APPLICATION FOR WRIT OF HABEAS CORPUS**

For the reasons discussed by the court during the telephonic hearing today, the petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is hereby GRANTED; the respondent shall consider the petitioner for transfer to a Community Corrections Center without regard to the 10% rule and in accordance with 18 U.S.C. § 3621(b) and the Bureau of Prison's pre-2002 practices. Because the petitioner's six-month date has already passed, time is of the essence. Accordingly, the court directs the respondent to complete in good faith within no more than two weeks the process of considering the petitioner for transfer to a Community Corrections Center.

The Clerk shall close this case.

It is so ordered.

Dated this 25th day of May, 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
                              Alvin W. Thompson
                              United States District Judge